[No. 4090-1.    Division One.    June 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE GERALD ABEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 8144, Edward P. Reed, J., entered May 13, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 4133-1.    Division One.    June 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM GAGNON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 73307, Frank J. Eberharter, J., entered September 15, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Andersen, J.

[No. 4182-1.    Division One.    June 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD E. BUTTERFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 66218, Solie M. Ringold, J., entered October 3, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1337-3.    Division Three.    June 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. RUTH PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 18809, Walter A. Stauffacher, J., entered October 30, 1974. *Affirmed* by unpublished per curiam opinion.